Nicolaus, by guardian *ad litem,* Respondent, vs. Thompson's, Inc., Appellant.

For the appellant: *Rubin, Zabel & Rouiller,* attorneys, and *Nathan Ruppa,* of counsel, all of Milwaukee.

For the respondent: *Salen & Brenner* of Waukesha.

*By the Court.*—Judgment affirmed.

Graham (John), Appellant, vs. Chicago Portrait Company, imp., Respondent.

For the appellant: *H. B. Rogers* of Portage.

For the respondent: *Grady, Farnsworth & Walker* of Portage.

*By the Court.*—Order affirmed.

Graham (Bertha), Appellant, vs. Chicago Portrait Company, imp., Respondent.

For the appellant: *H. B. Rogers* of Portage.

For the respondent: *Grady, Farnsworth & Walker* of Portage.

*By the Court.*—Order affirmed.